IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MCDONALD'S USA, LLC,<br>   *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| RICHARD DALGEWICZ,<br>**Executor of the Revocable Trust Agreement of Chester S. Dalgewicz, Successor in Interest to Chester S. Dalgewicz and Christine K. Dalgewicz,**<br>   *Defendant* | : | No. 22-2802 |

## ORDER

**AND NOW**, this 12th day of January, 2023, upon consideration of McDonald's USA, LLC's Motion to Dismiss Counterclaim (Doc. No. 9), Richard Dalgewicz, Executor of the Revocable Trust Agreement of Chester S. Dalgewicz, Successor in Interest to Chester S. Dalgewicz and Christine K. Dalgewicz's Memorandum of Law in Opposition to Motion to Dismiss Counterclaim (Doc. No. 10), McDonald's Reply Memorandum of Law in Support of its Motion to Dismiss Defendant's Counterclaim (Doc. No. 12), and McDonald's Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Defendant's Counterclaim (Doc. No. 16), it is hereby **ORDERED** that McDonald's Motion to Dismiss (Doc. No. 9) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1